# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132821

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

L.D. ARMOCK,
        Plaintiff-Appellee,

v

PETOSKEY MOVING COMPANY and
LEGION INSURANCE COMPANY c/o
MICHIGAN PROPERTY & CASUALTY
GUARANTY ASSOCIATION, ADMINISTERED
BY THE ACCIDENT FUND COMPANY,
        Defendants-Appellants,
and

ACCIDENT FUND INSURANCE COMPANY
OF AMERICA,
        Defendant-Appellee.

SC: 132821
COA: 272662
WCAC: 05-000057

_____/

On order of the Court, the application for leave to appeal the November 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

t0319